FILED
IN COURT
CHARLOTTE, N. C.

SEP 18 2008

U. S. DISTRICT COURT
W. DIST. OF N. C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:06-CR-151-FDW-3

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs. )<br><br>MICHAEL A. MANGARELLA, )<br><br>Defendant. ) | **VERDICT FORM** |

1.  As to the charge in Count One of the Superseding Bill of Indictment, do you find the

defendant:

     ✓  GUILTY

    _____  NOT GUILTY

If you indicated guilty above, do you find that the conspiracy involved telemarketing?

     ✓  YES

    _____  NO

If you indicated that the conspiracy involved telemarketing, do you find that the conspiracy

targeted persons over the age of 55?

    _____ YES

     ✓  NO

2.  As to the charge in Count Two of the Superseding Bill of Indictment, do you find the

defendant,

     ✓  GUILTY

    _____  NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓_____ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____✓_____ NO

3.    As to the charge in Count Three of the Superseding Bill of Indictment, do you find the defendant:

_____✓_____ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓_____ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____✓_____ NO

4.    As to the charge in Count Four of the Superseding Bill of Indictment, do you find the defendant,

_____✓_____ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?





_____✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____✓ NO

5.   As to the charge in Count Five of the Superseding Bill of Indictment, do you find the defendant:

_____✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____✓ NO

6.   As to the charge in Count Six of the Superseding Bill of Indictment, do you find the defendant,

_____✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

7.    As to the charge in Count Seven of the Superseding Bill of Indictment, do you find the defendant:

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

8.    As to the charge in Count Eight of the Superseding Bill of Indictment, do you find the defendant,

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

9. As to the charge in Count Nine of the Superseding Bill of Indictment, do you find the defendant:

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

10. As to the charge in Count Ten of the Superseding Bill of Indictment, do you find the defendant,

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

___✓___ NO

11. As to the charge in Count Eleven of the Superseding Bill of Indictment, do you find the defendant:

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

12. As to the charge in Count Twelve of the Superseding Bill of Indictment, do you find the defendant,

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

___✓___ NO

13.    As to the charge in Count Thirteen of the Superseding Bill of Indictment, do you find

the defendant:

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

___✓___ NO

14.    As to the charge in Count Fourteen of the Superseding Bill of Indictment, do you

find the defendant,

___✓___ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

___✓___ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_✓_ NO

15.    As to the charge in Count Fifteen of the Superseding Bill of Indictment, do you find

the defendant:

_✓_ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_✓_ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_✓_ NO

16.    As to the charge in Count Sixteen of the Superseding Bill of Indictment, do you find

the defendant,

_✓_ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_✓_ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_✓_ NO

17.     As to the charge in Count Seventeen of the Superseding Bill of Indictment, do you

find the defendant:



_____ ✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____ ✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_____ ✓ NO

18.     As to the charge in Count Nineteen of the Superseding Bill of Indictment, do you

find the defendant:

_____ ✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____ ✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_____ ✓ NO

19.     As to the charge in Count Twenty of the Superseding Bill of Indictment, do you find

the defendant,

_____✓_____ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓_____ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_____✓_____ NO

20.    As to the charge in Count Twenty-one of the Superseding Bill of Indictment, do you

find the defendant:

_____✓_____ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____✓_____ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant

targeted persons over the age of 55?

_____ YES

_____✓_____ NO

21.    As to the charge in Count Twenty-Two of the Superseding Bill of Indictment, do

you find the defendant,

_____ ✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____ ✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____ ✓ NO

23.     As to the charge in Count Twenty-three of the Superseding Bill of Indictment, do you find the defendant:

_____ ✓ GUILTY

_____ NOT GUILTY

If you indicated guilty above, do you find that the crime involved telemarketing?

_____ ✓ YES

_____ NO

If you indicated that the crime involved telemarketing, do you find that the defendant targeted persons over the age of 55?

_____ YES

_____ ✓ NO

SO SAY WE ALL, this the _18th_ day of September, 2008.

_Clyde Durr_
FOREPERSON