# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:06-CR-151-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>v. )<br>                                   )<br>MICHAEL ATTILIO MANGARELLA, )<br>      Defendant. )<br>                                   ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Forensic Evaluation" (Document No. 451) filed by the Defendant on July 8, 2009. For good cause, the Court will <u>grant</u> the motion. The forensic evaluation report (Document No. 452) shall remain sealed.

**SO ORDERED**.

Signed: July 13, 2009

David C. Keesler
United States Magistrate Judge