UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cr-151-FDW-DCK-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL ATTILIO MANGARELLA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), (Doc. No. 679), in which he requests compassionate release. Upon consideration of the Motion and the record of prior proceedings, the Court determines that the United States Attorney should respond to Petitioner's Motion and file a proposed order for the Court's consideration.

**IT IS, THEREFORE, ORDERED t**hat the United States shall file an Answer or other responsive pleading to Defendant's Motion to Reduce Sentence, (Doc. No. 679), along with a proposed order within thirty (30) days from entry of this Order.

Signed: January 16, 2020

Frank D. Whitney
Chief United States District Judge

1