UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00151-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| (3) MICHAEL ATTILIO MANGARELLA, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion to Seal Document (Doc. No. 690). Also before the Court is Defendant's Motion for Reconsideration to Reduce Sentence (Doc. No. 693).

With respect to the Motion to Seal Document (Doc. No. 690), the Court notes the Government is not opposed to the motion. Thus, for the reasons stated therein, and for good cause shown, the motion is GRANTED.

With respect to the Motion for Reconsideration (Doc. No. 693), the Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court.[1] The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: July 14, 2020

Frank D. Whitney
United States District Judge

---

[1] In his accompanying memorandum, Defendant raises over thirty pages' worth of new factual allegations and legal arguments, the overwhelming majority of which were absent from his prior three-page motion. Compare (Doc. No. 694) with (Doc. No. 687). Thus, the thirty-day period can be extended upon motion by the Government.

1