UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00151-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| (3) MICHAEL ATTILIO MANGARELLA, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion for Reconsideration (Doc. No. 696). Defendant requests the Court reconsider its prior Order (Doc. No. 695) giving the Government thirty (30) days to respond to Defendant's Emergency Motion for Reconsideration to Reduce Sentence (Doc. No. 693). The Government has responded to the motion, (Doc. No. 698), Defendant replied (Doc. No. 699), and the matter is ripe for review.

In its Response, the Government acknowledges it is aware of the current state of the pandemic at FCI Coleman, where Defendant is located, but also contends it needs the entire thirty-day period previously established to evaluate the new factual allegations and legal arguments presented by Defendant in his motion. (Doc. No. 698, p. 2). For this and the other reasons stated in the Government's Response, Defendant's motion (Doc. No. 696) is DENIED.

IT IS SO ORDERED.

Signed: July 28, 2020

Frank D. Whitney
United States District Judge