UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00151-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| (3) MICHAEL ATTILIO MANGARELLA, | ) | NOTICE of HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte*. In light of the Government's Response to Defendant's Motion for Reconsideration (Doc. Nos. 693, 700), it appears to the Court the Government has taken a materially inconsistent position on this motion relative to its position on similar motions. Accordingly, the parties are to TAKE NOTICE that a telephonic hearing will take place on **Wednesday, August 5, 2020 at 4:00pm**. The Court DIRECTS the United States Attorney for the Western District of North Carolina, or his specifically-designated Assistant United States Attorney with policymaking authority, to represent the Government's position.

Specifics such as dial-in number will be distributed in a forthcoming email to the parties.

IT IS SO ORDERED.

Signed: August 4, 2020

_____
Frank D. Whitney
United States District Judge

1