IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:06CR151-3 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| MICHAEL MANGARELLA, | ) | |
| Defendant. | ) | |

**ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT**

Upon motion of the United States for the reasons stated therein and for good cause shown,
it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate
Trust Account (Doc. No. 739) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1.      The Bureau of Prisons is authorized to turn over to the Office of the United States
District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street,
Charlotte, North Carolina 28202, and the Clerk of Court shall accept, $500.00 in funds currently
held in the trust account for the following inmate:

Michael Mangarella
Register Number:  22617-058

2.      The Clerk shall apply these funds as payment for the criminal monetary penalties
owed by the Defendant in this case.

Signed: June 29, 2022

Frank D. Whitney
United States District Judge