IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-CR-151-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL ATTILIO MANGARELLA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Michael Attilio Mangarella's Unopposed Motion To Stay Remand Proceedings For 30 Days" (Document No. 747) filed February 3, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Michael Attilio Mangarella's Unopposed Motion To Stay Remand Proceedings For 30 Days" (Document No. 747) is **GRANTED**. This matter is **STAYED** until **March 6, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report on or before **March 6, 2023**.

**SO ORDERED**.

Signed: February 6, 2023

_____
David C. Keesler
United States Magistrate Judge