IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-CR-151-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL ATTILIO MANGARELLA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 750) filed March 6, 2023. Based on the parties' Status Report, and in consultation with Judge Whitney's chambers, the undersigned will grant the parties' request for a further thirty-day stay of this case.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until **April 5, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on or before **April 5, 2023**.

**SO ORDERED**.

Signed: March 7, 2023

David C. Keesler
United States Magistrate Judge