UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-cr-00151-FDW-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL ATTILIO MANGARELLA, ) | ORDER |
| ) | |
| DEFENDANT. ) | |
| ) | |

THIS MATTER is before the Court on the parties' Joint Status Report, which the Court construes as a Motion to Set Briefing Deadlines, (Doc. No. 752). For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that Defendant will submit his Memorandum in Support of His Renewed Motion for Compassionate Release, no later than 37 days from the filing of this Joint Status Report, on May 12, 2023; the Government will then have 30 days, until June 12, 2023, to file a Response to the Defendant's Memorandum; and Defendant will then have 21 days, until July 3, 2023, to file a Reply in Support of the Memorandum. After reviewing the pleadings, the Court, if it so chooses, will schedule a hearing at a date later than July 3, 2023.

IT IS SO ORDERED.

Signed: April 6, 2023

Frank D. Whitney
United States District Judge