UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-CR-00151-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL ATTILIO MANGARELLA, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Leave to File Public, Redacted Opinion, (Doc. No. 772), which seeks to unseal in large part this Court's recent order addressing Defendant's motion for compassionate release, which the Court hereinafter refers to as the "Compassionate Release Order." (Doc. No. 769). The Compassionate Release Order was filed under seal because the motions upon which it was based were filed under seal.

The Court has reviewed the Motion and the proposed Redacted Order, (Doc. No. 771), and the Motion summarily seeks to redact "his medical history and information in his Presentence Report" because prior orders of this Court have done so. The Court finds meritorious the redactions identified on page seven (7) of the Compassionate Release Order addressing Defendant's health and medical records. Before ruling on the Motion, however, the Court directs the parties to file supplemental briefing as to why those portions of the Compassionate Release Order addressing Defendant's criminal history on page ten should be redacted. Supplemental briefing should provide with specific argument and citation to any applicable laws or rules to support the redaction.

1

**IT IS THEREFORE ORDERED** that Defendant and the Government shall file supplemental briefing as directed herein no later than October 27, 2023.

**IT IS SO ORDERED.**

Signed: October 16, 2023

Frank D. Whitney
United States District Judge